|   |   |
|---|---|
| 1 | |
| 2 | |

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| CARTHEL G. GALES AND JOANNE MANSFIELD, INDIVIDUALLY AND THE MARITAL COMMUNITY THEREOF,<br><br>Plaintiffs,<br><br>v.<br><br>DR. THOMAS LORANCE, CHG COMPANIES, INC. DOING BUSINESS AS COMPHEALTH, AND DOES 1-10<br><br>Defendants. | NO. 3:15-cv-05730-RJB<br><br>DECLARATION OF SCOTT M. O'HALLORAN REGARDING VOLUNTARY ARBITRATION |

I, Scott M. O'Halloran, declare as follows:

1. I am one of the attorneys representing defendants Dr. Thomas Lorance and CHG Companies, Inc. d/b/a CompHealth in the above-named action.

2. I presented defendants with a copy of the provisions of RCW Ch. 7.70A before filing the answer. Defendants elected not to submit this matter to arbitration under RCW Ch. 7.70A.

DECLARATION OF SCOTT M. O'HALLORAN
REGARDING VOLUNTARY ARBITRATION - 1
(CASE NO. 3:15-cv-05730-RJB)

**FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN SPILLANE, PLLC**
1301 A Street, Suite 900
Tacoma, WA  98402
p. 253-328-7800  •  f. 253-272-0386

1    I declare under penalty of perjury of the laws of the State of Washington that the
2 foregoing is true and correct.
3    Signed at Tacoma, Washington this 26th day of October, 2015.

*s/ Scott M. O'Halloran*
Scott M. O'Halloran, WSBA #25236

DECLARATION OF SCOTT M. O'HALLORAN
REGARDING VOLUNTARY ARBITRATION - 2
(CASE NO. 3:15-cv-05730-RJB)

**FAIN ANDERSON VANDERHOEF**
**ROSENDAHL O'HALLORAN SPILLANE, PLLC**
1301 A Street, Suite 900
Tacoma, WA  98402
p. 253-328-7800  •  f. 253-272-0386

**CERTIFICATE OF SERVICE**

I hereby certify that on the date below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Robert C. Mussehl, LLC
    Law Office of Robert C. Mussehl, LLC
    600 University Street, Suite 2523
    Seattle, WA 98101-3137
    bobmussehl@earthlink.net; rcmpip@gmail.com

    Floyd R. Chapman
    Law Office of Floyd Chapman, PLLC
    1201 Pacific Avenue, Suite 600
    Tacoma, WA 98402
    floydchapman@ymail.com

Signed at Tacoma, Washington this 26th day of October, 2015.

                      *s/ Deidre M. Turnbull*
                      Deidre M. Turnbull
                      Legal Assistant

DECLARATION OF SCOTT M. O'HALLORAN REGARDING VOLUNTARY ARBITRATION - 3
(CASE NO. 3:15-cv-05730-RJB)

**FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPILLANE, PLLC**
1301 A Street, Suite 900
Tacoma, WA 98402
p. 253-328-7800 • f. 253-272-0386