1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

CARTHEL G. GALES AND JOANNE
MANSFIELD, INDIVIDUALLY AND THE
MARITAL COMMUNITY THEREOF,

                Plaintiffs,

      v.

DR. THOMAS LORANCE, CHG
COMPANIES, INC. DOING BUSINESS AS
COMPHEALTH, AND DOES 1-10

             Defendants.

NO. 3:15-cv-05730-RJB

DECLARATION OF SCOTT M.
O'HALLORAN SUPPORTING
DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT

I, Scott M. O'Halloran, declare as follows:

1.      I am one of the attorneys representing defendants Dr. Thomas Lorance and

CHG Companies, Inc. d/b/a CompHealth in the above-named action.

2.      Attached hereto as **Exhibit A** is a true and correct copy of Carthel G. Gales'

6/22/12 chart note by Dr. Allen.

3.      Attached hereto as **Exhibit B** is a true and correct copy of Carthel G. Gales'

6/22/12 radiology report.

DECLARATION OF SCOTT M. O'HALLORAN
SUPPORTING DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT - 1
(CASE NO. 3:15-cv-05730-RJB)

**FAIN ANDERSON VANDERHOEF**
**ROSENDAHL O'HALLORAN SPILLANE, PLLC**
1301 A Street, Suite 900
Tacoma, WA  98402
p. 253-328-7800  ·  f. 253-272-0386

1      4.      Attached hereto as **Exhibit C** is a true and correct copy of Carthel G. Gales'

2    7/17/12 chart note by Dr. Onishi.

3      5.      Attached hereto as **Exhibit D** are true and correct excerpts of Carthel G. Gales'

4    7/18/12 and 7/31/12 chart notes.

5      6.      Attached hereto as **Exhibit E** is a true and correct copy of Carthel G. Gales'

6    8/3/12 chart note.

7      7.      Attached hereto as **Exhibit F** are true and correct excerpts of Carthel G. Gales'

8    subsequent chart notes discussing treatment.

9      8.      Attached hereto as **Exhibit G** is a true and correct copy of the 8/6/12 Release of

10   Information letter to Carthel G. Gales and Dr. Lorance's May 29, 2009 chart note contained

11   therein.

12     9.      Attached hereto as **Exhibit H** is a true and correct copy of Carthel G. Gales'

13   1/21/14 chart note by Dr. Allen.

14     10.     Attached hereto as **Exhibit I** is a true and correct copy of plaintiffs' May 5,

15   2015 complaint.  On September 18, 2015, plaintiffs voluntarily dismissed that lawsuit.

16     I declare under penalty of perjury of the laws of the State of Washington that the

17   foregoing is true and correct.

18     Signed at Tacoma, Washington this 19th day of November, 2015.

19

20     *s/ Scott M. O'Halloran*
       Scott M. O'Halloran, WSBA #25236

21

22

23

24

25

DECLARATION OF SCOTT M. O'HALLORAN
SUPPORTING DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT - 2
(CASE NO. 3:15-cv-05730-RJB)

**FAIN ANDERSON VANDERHOEF**
**ROSENDAHL O'HALLORAN SPILLANE, PLLC**
1301 A Street, Suite 900
Tacoma, WA  98402
p. 253-328-7800  ·  f. 253-272-0386

1

## CERTIFICATE OF SERVICE

2

3

I hereby certify that on the date below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

4

5

6

7

Robert C. Mussehl, LLC
Law Office of Robert C. Mussehl, LLC
600 University Street, Suite 2523
Seattle, WA 98101-3137
bobmussehl@earthlink.net; rcmpip@gmail.com

8

9

10

Floyd R. Chapman
Law Office of Floyd Chapman, PLLC
1201 Pacific Avenue, Suite 600
Tacoma, WA 98402
floydchapman@ymail.com

11

12

Signed at Tacoma, Washington this 19th day of November, 2015.

13

14

15

*s/ Deidre M. Turnbull*
Deidre M. Turnbull
Legal Assistant

16

17

18

19

20

21

22

23

24

25

DECLARATION OF SCOTT M. O'HALLORAN
SUPPORTING DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT - 3
(CASE NO. 3:15-cv-05730-RJB)

**FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN SPILLANE, PLLC**
1301 A Street, Suite 900
Tacoma, WA  98402
p. 253-328-7800  ·  f. 253-272-0386

# EXHIBIT A

# Progress Notes

```
       LOCAL TITLE: PRIMARY CARE PROGRESS NOTE
       STANDARD TITLE: PRIMARY CARE NOTE
       DATE OF NOTE: JUN 22, 2012@14:29    ENTRY DATE: JUN 22, 2012@14:29:32
           AUTHOR: ALLEN,WILLIAM B      EXP COSIGNER:
           URGENCY:                        STATUS: COMPLETED

           *** PRIMARY CARE PROGRESS NOTE Has ADDENDA ***
```

Routine follow-up visit in Primary Care

CHIEF COMPLAINT(s)/History Present Illness addressed today: new to my
clinic--cc today is fatigue--hx of djd , ptsd , hyerlipedemia and tx for tb
expsoure in past--mood seems ok today==vet organized and intelligetn--brings
list--worried about some skin nevus areas --they do not look malignant,
thyroid and diabetes hx, copd, neuropathy symptoms feet and hands ---would
like dmv parking sticker and pain and shortness of breath does limit his
walking--still owrk9ing in retail and would like med for arm pain when
lifing--also about time for colonoscopy recheck

Review of Systems:
no anginal orthopnea issues no edema, gi sounds ok  some nocturia no dysuria.
reveiwed meds and past labs and will update today
EXAM:

VITALS:  BMI: 27
    Temp: 97.6 F [36.4 C] (06/22/2012 10:53)
   Pulse: 71 (06/22/2012 10:53)
    Resp: 18 (06/22/2012 10:53)
      BP: 137/88 (06/22/2012 10:53)
  Height: 68 in [172.7 cm] (11/24/2011 13:37)
  Weight: 177 lb [80.5 kg] (06/22/2012 10:53)
    Pain: 6 (06/22/2012 10:53)


General:  nad no bruits
Chest:  cta
Cardiovascular:  rrr no s3 no m
Abdomen: osf fnot tender ok bowel sounds
Extremities:  no pte no dvt signs does have some well circumscribed nevi oon
arms and legs and rt buttock area

ASSESSMENT/PLAN (Discussed with patient):  copd--with hx of lung lesion--cxr
and quantaferon today--filled out dmv form, djd--discussed mobic with vet and
heart gi renal risks, skin leison, hx of colon polyps--periferal neuropathy--
will recehck b12 tsh and recheck on aodm

RETURN TO CLINIC: 6 Months or sooner PRN

---

GALES,CARTHEL G
12718 132ND AVE CT E
PUYALLUP, WASHINGTON   98374

**VISTA Electronic Medical Documentation**

Printed at American Lake

# Progress Notes

```
Face to face time: 30    minutes Counseling/coordinating time > 50%:
regarding topics of/or
  coordination with .



MEDICATION RECONCILIATION:
  The medication list BELOW was reviewed with the patient (or the
  patient's representative) at today's visit. Chronic medication orders,
  including any additions or discontinuations, have been updated as
  appropriate. The patient now has an accurate medication list. The
  importance of managing medication information was explained to the
  patient.  DISCREPANCIES:
    None
  ===============================================================

*Medication list as of today (reviewed with patient):
Outpatient Medications
===============================================================
Atenolol  25 Mg Tab.  Take three tablets by mouth every day
Diphenhydramine Hcl 50mg Cap.  Take one capsule (=50mg) by mouth
    twice a day as needed for allergy symptoms --may cause drowsiness
Docusate Na 250 Mg Cap.  Take one capsule by mouth every day *stool
    softener*
Flunisolide 0.025% 200d Nasal Inh Spray.  Inhale 2 sprays in each
    nostril every day to reduce nasal congestion
Hydroxyzine Pamoate 50mg Cap.  Take one capsule by mouth every night
    at bedtime as needed for sleep
Meloxicam  7.5 Mg Tab.  Take one tablet by mouth every day to relieve
    pain
Omeprazole 20 Mg Ec Cap.  Take two capsules by mouth twice a day to
    reduce stomach acid (works best if taken 30 minutes before a
    meal)
Sertraline Hcl 100 Mg Tab.  Take one tablet by mouth every morning
Simvastatin 40 Mg Tab.  Take one-half tablet by mouth every night at
    bedtime to reduce cholesterol * limit use of grapefruit products

No Pending/Held Medications Found


Non-VA Medications
=================================================================
====
Multivitamin/minerals Therapeut Cap/tab.  1 tablet by mouth every day


Expired Outpatient Meds. (within past 180 Days):    Start       Stop
===============================================    ==========
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, If available) | VISTA Electronic Medical Documentation |
|---|---|
| GALES,CARTHEL G<br>12718 132ND AVE CT E<br>PUYALLUP, WASHINGTON  98374 | Printed at American Lake |

# Progress Notes

```
==========
Albuterol 90/ipratrop 18mcg 200d Po Inhl.  Inhale      04/22/2011
04/22/2012
     2 puffs by mouth four times a day (wait one
     minute between puffs)
Albuterol So4 0.083% Inhl 3ml.  Inhale contents of     04/22/2011
04/22/2012
     one vial by nebulier four times a day as
     needed for shortness of breath
Formoterol Fumarate 12 Mcg Inhl Cap.  Inhale one       04/22/2011
04/22/2012
     capsule in inhaler as directed twice a day ;
     for inhalation only - do not swallow; expires
     4 months after dispensing
Mometasone Furoate 220mcg Oral Inhl 120.  Inhale 2     04/22/2011
04/22/2012
     puffs by mouth twice a day (rinse mouth after
     use)
Trazodone Hcl 50 Mg Tab.  Take one tablet by           02/11/2011
02/12/2012
     mouth every night at bedtime for 4 days, then
     take two tablets every night at bedtime for
     sleep

No Active Remote Medications for this patient

ALLERGIES/ADVERSE REACTIONS LISTED IN CPRS: PENICILLIN, SULFA DRUGS,
PROCHLORPERAZINE

PROBLEM LIST/PMHx:
ACTIVE PROBLEMS:
1. Hypertension * (ICD-9-CM 401.9)
2. Elevated blood pressure reading without
diagnosis of hypertension (ICD-9-CM 796.
3. Care involving other physical therapy (ICD-9-CM
V57.1)
4. Paresthesia * (ICD-9-CM 782.0)
5. Neck Pain (ICD-9-CM 723.1)
6. Colonic Polyps (ICD-9-CM 211.3)
7. PTSD * (ICD-9-CM 309.81)
8. Heel: arthralgia (ICD-9-CM 719.48)
9. Diagnosis or Condition Deferred on Axis I
(DSM-IV 799.9/ICD-9-CM 799.9)
10. PROPHY VACC. STREP PNEU
11. Folliculitis * (ICD-9-CM 704.8)
12. Lung Nod/Mass Undiag
13. Chronic Obstructive Pulmonary Disease *
(ICD-9-CM 496.)
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| GALES,CARTHEL G<br>12718 132ND AVE CT E<br>PUYALLUP, WASHINGTON  98374 | Printed at American Lake |

# Progress Notes

```
14. Alopecia * (ICD-9-CM 704.00)
15. Blepharitis * (ICD-9-CM 373.00)
16. GERD * (ICD-9-CM 530.81)
17. Headaches * (ICD-9-CM 784.0)
18. Environmental Allergies (ICD-9-CM 477.9)

*LABS REVIEWED:
CBC PANEL:     WBC    RBC    HGB    HCT    MCV    MCH    MCHC
06/22/2012     7.4    4.5    13.9   42.5   94.1   30.8   32.7


CHEM 7: Apr 27, 2011@11:08:42
SODIUM             140
POTASSIUM            4.6
CHLORIDE           103
CO2                 29
CREATININE           1.02
BUN                 15
GLUCOSE            104
CREATININE EGFR     89

HEMOGLOBIN A1c,INTEGRA - NONE FOUND

LIPID PANEL:
Collection DT      Spec  CHOL    TRIG   HDLCHOL LDLcalc
   07/27/2011 12:05 SERUM 239 H  122     53      162 H
   04/27/2011 11:08 SERUM 223 H   87     57      149
   11/19/2009 10:20 SERUM 213 H   66     55      145


LFT PANEL
SGOT               19 U/L                10/14/2011
SGPT               15 U/L                10/14/2011
ALK PHOS           ____
TBILI              ____
BILIRUBEN DIRECT   ____
ALBUMIN            ____

Last 4 PSA:
   DATE      RESULT   UNITS   NORMAL  SAMPLE
  4/27/2011     0.3   ng/ml   0 - 4.0  SERUM
 11/19/2009     0.2   ng/ml   0 - 4.0  SERUM

TSH RESULTS: 0.58 uIU/mL      (04/27/2011 11:08)

/es/ William B. Allen, DO
STAFF PHYISICAN
Signed: 06/22/2012 14:39
```

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

```
GALES,CARTHEL G
12718 132ND AVE CT E
PUYALLUP, WASHINGTON  98374
```

**VISTA Electronic Medical Documentation**

Printed at American Lake

# Progress Notes

```
06/22/2012 ADDENDUM                    STATUS: COMPLETED
called and discussed the cxr with vet and need ct and pulmonary consult.  urged
calls prn as i would like this to happen soon

/es/ William B. Allen, DO
STAFF PHYISICAN
Signed: 06/22/2012 14:53
```

---

**PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)**

GALES,CARTHEL G
12718 132ND AVE CT E
PUYALLUP, WASHINGTON  98374

**VISTA Electronic Medical Documentation**

Printed at American Lake

# EXHIBIT B

# Radiology Reports

Printed On Aug 06, 2012

CHEST 2 VIEWS PA&LAT

Exm Date: JUN 22, 2012@13:10
Req Phys: ALLEN,WILLIAM B                    Pat Loc: GMS A PC SILVER ALLEN (Req'g L
                                             Img Loc: DIS A RADIOLOGY
                                             Service: Unknown


(Case 3535 COMPLETE) CHEST 2 VIEWS PA&LAT            (RAD  Detailed) CPT:71020
      Reason for Study: lung lesion

   Clinical History:
     hx of tb prophalaxis--please compare with prior cxr and ct in
     chart

   Report Status: Verified                  Date Reported: JUN 22, 2012
                                            Date Verified: JUN 22, 2012
   Verifier E-Sig:/ES/PAMELA GREER,MD

   Report:
     PA and lateral chest radiographs compared with 5/29/2009.



   Impression:


     Large right apical mass has increased from previous exam measures
     approximately 6.9 x 5.8 x   6.9 cm appears pleural-based. Other
     inferior nodules are noted measuring 2 nodules measuring
     approximately 12 mm. COPD. Recommend chest CT for further
     evaluation. Heart and mediastinum appear unremarkable.

     IMPRESSION:

     Enlarging right pleural based apical mass and probable inferior
     satellite lesions. Recommend chest CT with intravenous contrast
     for further evaluation of probable neoplasm.



Primary Interpreting Staff:
   PAMELA GREER,MD, PAMELA GREER.MD (Verifier)
/PG

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)** | **VISTA Electronic Medical Documentation**

GALES,CARTHEL G
12718 132ND AVE CT E
PUYALLUP, WASHINGTON  98374          Printed at American Lake

# EXHIBIT C

# Progress Notes

```
LOCAL TITLE: PULMONARY CONSULT REPORT
STANDARD TITLE: PULMONARY CONSULT
DATE OF NOTE: JUL 17, 2012@14:23      ENTRY DATE: JUL 17, 2012@14:24:01
    AUTHOR: ONISHI,MAIKA           EXP COSIGNER: MATUTE-BELLO,GUSTAVO
    URGENCY:                             STATUS: COMPLETED
```

    *** PULMONARY CONSULT REPORT Has ADDENDA ***

Patient was seen and discussed with Dr. Matute-Bello (Attending).
GALES,CARTHEL G is a 66 yo MALE
Primary Care Provider: ALLEN,WILLIAM B

CHIEF COMPLAINT:
"see todays chest xray report and prior ct 's and cxr's--also pending from
today is quantaferon--past hx of tb exposure
some cough and night sweats but thinking tb unlikely here and did take
prophalaxis in distant past"

HISTORY OF PRESENT ILLNESS:
66 y/o M with HTN, COPD (last FEV1 1.63), h/o childhood TB s/p treatment, HTN,
GERD, PTSD presenting for evaluation of large right apical mass noted on CXR.

Pt reports that he was seen in clinic by PCP on 6/22. Has a h/o COPD and a lung
lesion noted in 2009. As part of follow-up a repeat CXR and TB-quantiferon were
ordered. Since then TB-quantiferon has come back positive and CXR is notable for
a large right apical mass increased since prior imaging. Sputum AFB done on
7/12, is currently NGTD. Has a CT-chest pending for tomorrow.

On exam states that he has been more and more fatigued over the past year. This
fatigue has been attributed to PTSD and related lack of sleep (only able to
sleep 4 hrs/day). Notes weight gain but no weight loss. Denies f/c but reports
night sweats that soaks the pillow case for years.

Respiratory sx include shortness of breath. Feels fatigued/short of breath after
walking 1-2 blocks, which was not the case 1 year ago. Reports he has had a
cough for over a year. Associated with clear phlegm, but denies hemoptysis,
yellow-green sputum. Reports some wheezing that is intermittent, unsure of any
precipitants or triggers. Denies any chest pain.

ROS otherwise notable for some occasional stomach pain and chronic joint pain in
neck/shoulders/arms/ankles/knees but denies n/v, urinary/rashes/vision
changes/headaches/bowel changes.

Denies h/o PNA. Denies any recent travel. Reports some sick contacts possibly at
work.

PAST MEDICAL HISTORY:
per chart review

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)

GALES,CARTHEL G
12718 132ND AVE CT E
PUYALLUP, WASHINGTON  98374

**VISTA Electronic Medical Documentation**

Printed at American Lake

# Progress Notes

h/o childhood TB when 2 years old; was treated with abx 15 years ago for 9
months when he presented with what sounds like lymphadenitis. States he took 2
medications.
HTN
Colon polyps
Lung nodules/Pleural scarring
COPD last FEV1 1.63 in 2007
GERD
Allergies
Tension HAs
Alopecia
chronic blepharitis
h/o folliculitis barbarie
PTSD
Plantar fasciitis


ALLERGIES PENICILLIN, SULFA DRUGS, PROCHLORPERAZINE

ACTIVE MEDICATIONS:
Outpatient Medications
================================================================
Atenolol  25 Mg Tab.  Take three tablets by mouth every day
Diphenhydramine Hcl 50mg Cap.  Take one capsule (=50mg) by mouth
    twice a day as needed for allergy symptoms --may cause drowsiness
Docusate Na 250 Mg Cap.  Take one capsule by mouth every day *stool
    softener*
Ergocalciferol(vit D2) 50,000 Unit Cap.  Take one capsule by mouth
    every week for vitamin d replacement -take once a week only!
Flunisolide 0.025% 200d Nasal Inh Spray.  Inhale 2 sprays in each
    nostril every day to reduce nasal congestion
Formoterol Fumarate 12 Mcg Inhl Cap.  Inhale one capsule in inhaler
    as directed twice a day ; for inhalation only - do not swallow;
    expires 4 months after dispensing
Hydroxyzine Pamoate 50 Mg Cap.  Take one capsule by mouth every night
    at bedtime as needed for sleep
Meloxicam  7.5 Mg Tab.  Take one tablet by mouth every day to relieve
    pain
Mometasone Furoate 220mcg Oral Inhl 120.  Inhale 2 puffs by mouth
    twice a day (rinse mouth after use)
Omeprazole 20 Mg Ec Cap.  Take two capsules by mouth twice a day to
    reduce stomach acid (works best if taken 30 minutes before a
    meal)
Sertraline Hcl 100 Mg Tab.  Take one tablet by mouth every morning
Simvastatin 40 Mg Tab.  Take one-half tablet by mouth every night at
    bedtime to reduce cholesterol * limit use of grapefruit products

No Inpatient Meds for Today

---

**PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)**

GALES,CARTHEL G
12718 132ND AVE CT E
PUYALLUP, WASHINGTON  98374
▬▬▬▬▬▬▬

**VISTA Electronic Medical Documentation**

Printed at American Lake

# Progress Notes

No Active Remote Medications for this patient

SOCIAL HISTORY (including smoking, alcohol, illicit drugs):
-has lived in Seattle, CA, Oregon, Florida, Carolinas, Puerto Rico
-born in Tennessee
-served in Marine Corps in Vietnam
-No time in Midwest, no recent travel outside US
-prior h/o smoking, quit 20 years ago. Smoked 20-40 years old. 1 ppd, 20+pack
years
-denies h/o cocaine use, no ivdu
-denies h/o heavy drinking, just occasional etoh
-never lived on farms/farming
-no h/o asbestos/birds/radon exposure
-lives with Wife, in Puyallup

FAMILY HISTORY:
denies h/o lung infection ,TB, malignancy, autoimmune diseaes
+DM, HTN, colon CA

REVIEW OF SYSTEMS:as per HPI

PHYSICAL EXAM:
   VITAL SIGNS:HR 76, O2 98%, BP144/99; WT181lb [82.10kg]; PN1; HT68.0
   GENERAL:WDWN, pleasant, NAD
   HEAD/EYES/EARS/NOSE/THROAT: anicteric sclerae, o/p clear, mmm
   CHEST:clear to auscultation bilaterally, good air movement, no wrr
   CARDIOVASCULAR: RRR no mrg
   ABDOMEN:sft, +bs NTND
   SKIN/EXTREMITIES: no c/c/e, 2+ distal pulses
   NEURO:moving all extremities, no gross abnl

LABS:
6/22 TB quantiferon positive
7/12 AFB culture NGTD

CXR:
6/22/12
"Large right apical mass has increased from previous exam measures
       approximately 6.9 x 5.8 x   6.9 cm appears pleural-based. Other
       inferior nodules are noted measuring 2 nodules measuring
       approximately 12 mm. COPD. Recommend chest CT for further
       evaluation. Heart and mediastinum appear unremarkable."

5/2009
"There is a new lobulated 19 x 15 mm right upper lung nodular
       density.  Lungs are otherwise clear except for unchanged scarring
       at the left costophrenic angle.  No effusions.  Heart size and

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)

GALES,CARTHEL G
12718 132ND AVE CT E
PUYALLUP, WASHINGTON  98374

VISTA Electronic Medical Documentation

Printed at American Lake

VA 000044   Page 44

# Progress Notes

mediastinal contours appear unchanged.  No new bony
abnormalities.

9/2007 CT-chest
    1.  ESSENTIALLY STABLE PLEURAL PLAQUES OF THE RIGHT HEMITHORAX
WITH NEW FOCAL AREA IN THE RIGHT APEX, WHICH IS SUGGESTIVE OF
PREVIOUS ASBESTOS EXPOSURE.  NO LYMPHADENOPATHY OR NEW PULMONARY
OPACITIES OR PLEURAL PLAQUING ON THE LEFT.
    2.  7 MM SPLENULE.
    3.  12 MM LOW ATTENUATION OF THE PARAPELVIC MID LEFT KIDNEY
LIKELY REPRESENTS A RENAL CYST.


ASSESSMENT/PLAN:
66 y/o M with HTN, COPD (last FEV1 1.63), h/o childhood TB s/p treatment, HTN,
GERD, PTSD presenting for evaluation of a large right apical mass noted on CXR.

1. Large right apical mass concerning for malignancy given radiographic
appearance, size, and risk factors including COPD and long-time smoking history.
In review of serial imaging it appears as though the lesion has been
progressivley enlarging with time. Most likely primary lung disease, including
mesothelioma given pleural based appearance on prior CT-chest although pt denies
any prior asbestosis exposure. We will need a CT-chest to evaluate the current
lesion further. Less likely infectious or inflammatory in etiology. Imaging
findings are not consistent with pulmonary TB, as there is no cavitary or
fibrocalcific appearance to them. Furthermore, TB-quantiferon can remain
positive even after treatment of latent TB.

Recommendations:
1. Chest CT-scan as scheduled by PCP tomorrow
2. PFTs to evaluate lung function given potential future surgical resection
3. F/u in clinic to discuss CT-scan findings and further evaluation/biopsy (via
bronchoscopy vs CT-guided approach).
4. No evidence of pulmonary TB. We will defer further work-up and management to
the primary provider.

Thank you for your interesting consult. Please feel free to contact us with any
questions.



/es/ Maika Onishi, MD
Resident
Signed: 07/17/2012 20:04

/es/ GUSTAVO MATUTE-BELLO
MD
Cosigned: 07/18/2012 10:44

---

**PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)** | **VISTA Electronic Medical Documentation**

GALES,CARTHEL G
12718 132ND AVE CT E
PUYALLUP, WASHINGTON  98374

Printed at American Lake

# Progress Notes

07/18/2012 ADDENDUM                          STATUS: COMPLETED
Patient seen and evaluated with Dr. Onhishi.  Agree with note above.  Briefly,
66 y/o former smoker presenting with a mass in the apical area of the right
chest --not clear if pulmonary or pleural in origin--.  In retrospective this
has been growing since at least 2007, in an area that previously had marked
pleural abnormalities.  At this time it is essential to perform the CT scan to
better visualize this lession, pending on which we will recommend additional
w/u.

/es/ GUSTAVO MATUTE-BELLO
MD
Signed: 07/18/2012 10:48

07/24/2012 ADDENDUM                          STATUS: COMPLETED
Patient is scheduled for a CT guided biopsy on Monday, July 30.  He has f/u
scheduled in the pulmonary fellow clinic on Aug 7.  Pre-Biopsy instructions have
been mailed to the patient.

/es/ Kathryn L Weakly, RN
Lung Transplant Coordinator
Signed: 07/24/2012 10:01

---

**PATIENT NAME AND ADDRESS (Mechanical Imprinting, If available)** | **VISTA Electronic Medical Documentation**

GALES,CARTHEL G
12718 132ND AVE CT E
PUYALLUP, WASHINGTON   98374

Printed at American Lake

# EXHIBIT D

# Radiology Reports

```
CT CHEST W&W/0 CONTRAST

Exm Date: JUL 18, 2012@09:30
Req Phys: ALLEN,WILLIAM B              Pat Loc: GMS A PC SILVER ALLEN (Req'g L
                                       Img Loc: DIS A CT
                                       Service: Unknown


(Case 1870 COMPLETE) CT CHEST W&W/0 CONTRAST          (CT    Detailed) CPT:71270
     Contrast Media : Non-ionic Iodinated
     Reason for Study: see cxr report of 6/22

   Clinical History:
     need evaluation of enlarging mass

   Report Status: Verified              Date Reported: JUL 18, 2012
                                        Date Verified: JUL 18, 2012

     Verifier E-Sig:/ES/PAMELA GREER,MD

   Report:
     CT Chest with IV contrast.

     HISTORY: Right apical mass.

     TECHNIQUE: The chest was imaged in the axial plane using helical
     technique with 0.625 mm collimation. Contiguous 5mm-thick
     reconstructed axial and coronal images were reviewed.

     Total Exam Dose:  DLP (mGy-cm) = 7.5  (sum all series if
     multiple) CTDIvol (mGy) = 247.4  (leave blank for multiple
     series, fill for single series)

     Medication reconciliation was performed. 75 ml Ultravist 370 was
     injected intravenous without complications.

     COMPARISONS: Chest x-ray 6/22/2012.

     FINDINGS:

     Irregular mass right lung apex appears close is adjacent to the
     right anterior lateral chest wall. In largest dimension measures
     9.2 x 5.5 x 4.8 cm. This mass has marked irregular borders.
     Posterior chest wall thickening in right lower lobe image 3/27
     averages 8 mm. No pleural effusion or pericardial effusion. 3.1
     enhancing nodule right upper lobe image 3/22 suggest pulmonary
     metastasis. Additional small opacity anterior right upper lobe
     measures 2 mm 3/28. Linear stranding right middle lobe shows
```

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)

GALES,CARTHEL G
12718 132ND AVE CT E
PUYALLUP, WASHINGTON   98374

**VISTA Electronic Medical Documentation**

Printed at American Lake

VA 000641   Page 641

# Radiology Reports

possible enhancement image 3/30. Subcentimeter pretracheal and prevascular and bilateral axillary lymph nodes.

Increased vascular area in right middle lobe of the liver at the last image of scan may represent vascularity or possible early hypervascular metastasis. Similar finding in left lobe of the liver.  Spleen appears unremarkable with adjacent splenule. Adrenal glands, pancreas appear unremarkable. Gallbladder is nonvisualized. Upper poles of the kidneys appear unremarkable.

Possible splaying of right anterior second rib adjacent to the mass.  No obvious erosions are identified.


Impression:

Large right apical mass of anterior lateral wall of the right apex measures 9.2 x 5.5 x 4.8 cm with 3.1 mm and 2 mm enhancing satellite nodules likely represent metastasis. Nodular pleural thickening in right lower lobe posteriorly as noted suggests metastasis.

Possible splaying of right anterior second rib, lateral aspect, adjacent to the mass is noted.

No obvious lymphadenopathy.

Subtle areas of increased density in right lobe and left lobe of the liver in last image of the scan is indeterminant. This can be further evaluated with CT of the liver.

Primary Interpreting Staff:
  PAMELA GREER,MD, PAMELA GREER.MD (Verifier)
/PG

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)

GALES,CARTHEL G
12718 132ND AVE CT E
PUYALLUP, WASHINGTON  98374

**VISTA Electronic Medical Documentation**

Printed at American Lake

VA 000642   Page 642

# Progress Notes

```
  LOCAL TITLE: RADIOLOGY CONSULT NOTE
STANDARD TITLE: RADIOLOGY NOTE
DATE OF NOTE: JUL 31, 2012@09:30     ENTRY DATE: JUL 31, 2012@09:31:20
     AUTHOR: ELOJEIMY,SAEED      EXP COSIGNER: MEDVERD,JONATHAN R
     URGENCY:                         STATUS: COMPLETED
```

CT-guided Biopsy pre-procedure note

Consult requested by Dr Long Ann

Clinical information: 66 y/o M with HTN, COPD, h/o childhood TB s/p treatment, HTN, GERD, PTSD presenting for evaluation of large right apical mass noted on CT.

Imaging reviewed: CT chest 7/18/12, and 9/19/2007.

Labs reviewed: GFR: normal. Plt: 169 INR: 1.1 (july 31 2012).

Impression: will obtain consent and proceed with CT guided biopsy.




/es/ SAEED ELOJEIMY
Radiology Resident
Signed: 07/31/2012 09:42

/es/ JONATHAN R MEDVERD, MD
Radiologist
Cosigned: 08/03/2012 18:32

---

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| GALES,CARTHEL G<br>12718 132ND AVE CT E<br>PUYALLUP, WASHINGTON  98374<br>▬▬▬▬▬▬ | Printed at American Lake |

# Progress Notes

```
    LOCAL TITLE: RADIOLOGY PROCEDURE NOTE
 STANDARD TITLE: RADIOLOGY PROCEDURE NOTE
 DATE OF NOTE: JUL 31, 2012@10:58     ENTRY DATE: JUL 31, 2012@10:58:24
      AUTHOR: ELOJEIMY,SAEED     EXP COSIGNER: MEDVERD,JONATHAN R
      URGENCY:                       STATUS: COMPLETED

 Procedure: CT guided biopsy

 Medical Indications for Procedure: Right upper chest mass

 Consent: Written, informed consent was obtained from the patient after
          discussion of risks, benefits and alternatives to the procedure:
          Yes

 Time Out: Standard pre-procedure checklist and required elements of Time Out
           were reviewed: Yes

 Technique/Procedure:
   CT guided biopsy with three samples obtained

 Outcome/Plan:
   Will observe and get chest radiograph at 1:30 to make sure no PTX before
   discharge patient

 /es/ SAEED ELOJEIMY
 Radiology Resident
 Signed: 07/31/2012 11:00

 /es/ JONATHAN R MEDVERD, MD
 Radiologist
 Cosigned: 08/03/2012 18:32
```

---

**PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)**

GALES,CARTHEL G
12718 132ND AVE CT E
PUYALLUP, WASHINGTON   98374

**VISTA Electronic Medical Documentation**

Printed at American Lake

# EXHIBIT E

# Progress Notes

```
   LOCAL TITLE: PULMONARY TELEPHONE CONTACT NOTE
STANDARD TITLE: PULMONARY TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: AUG 03, 2012@13:23     ENTRY DATE: AUG 03, 2012@13:23:36
     AUTHOR: ADAMSON,ROSEMARY      EXP COSIGNER: FAN,VINCENT S
     URGENCY:                          STATUS: COMPLETED

     *** PULMONARY TELEPHONE CONTACT NOTE Has ADDENDA ***
```

Case reviewed and discussed with attending:
66M ex-smoker of >20pack-yrs with COPD and prior TB, PTSD who has been seen by
pulmonary for a RUL pulm mass (9x6x5cm) for which CT-guided Bx was performed and
path has demonstrated mucinous likely BAC. Note CT chest revealed 2 liver
lesions and there are nodules other than the dominant one but all confined to
the RUL. There is some pleural thickening RLL which appears stable compared to
prior CT.

Functional state: walks a couple blocks, can go up stairs

PFTs 7/26/12 FEV1 1.47 46%, DLCO 40%

A: 66M ex-smoker with severe COPD but reasonable functional capacity with new
diagnosis of lung cancer T3 based on size of mass & likely separate tumor
lesions in same lobe, no obvious LAD but with liver lesions therefore could be
stage IIb if M0 and therefore potentially resectable.

P: As discussed with pt's PMD, William Allen, to whom I spoke today (x71485 or
78301 at American Lake VA) pt needs dedicated liver imaging to evaluate liver
lesions and then I will present at tumor board to present case for surgical
resection to the CT surgeons.

Pt currently has appt with me on Tuesday 8/7 but does not need to attend this
appt if his PMD, Dr. Allen manages to speak with the pt on Monday. However, I
will not cancel the appt in case Dr. Allen does not manage to speak to the pt.

/es/ Rosemary Adamson, MD
Pulmonary Fellow
Signed: 08/03/2012 16:53

/es/ Vincent S. Fan, MD
Pulmonary Attending
Cosigned: 08/04/2012 11:11

08/06/2012 ADDENDUM                 STATUS: COMPLETED
As Dr. Allen is arranging the liver CT, I am canceling the pulmonary f/u appt
scheduled on 8/7/12.

---

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| GALES,CARTHEL G<br>12718 132ND AVE CT E<br>PUYALLUP, WASHINGTON  98374 | Printed at American Lake |

# EXHIBIT F

# Progress Notes

Death/Dying & Grief/Loss, Mortality/Spirituality
Life Expectancy for Blacks

- There were no reports of any significant PTSD related
psychological/psychiatric disturbances that would warrant emergent
psychiatric intervention or hospitalization at this time.

SUICIDE RISK ASSESSMENT: No evidence of suicidality (ideation, plan, or intent)
or increase in suicide risk factors during the session that warranted explicit
suicide risk assessment.

NOTE: Discussed pending clincial changes and provided each member with a copy of
the new POC Orientation Handbook.

PLAN: 1) Continue supportive group psychotherapy.
      2) Mental Health Clinical Reminder(s) - None due
      3) WAAPSG f/u is set for 10 October 2012 @ 1500 hrs.

/es/ L. Wayne Thomas Sr
PTSD, Soc. Sci. Prog. Spec
Signed: 09/12/2012 14:20

---

LOCAL TITLE: TUMOR BOARD CONSULT REPORT
STANDARD TITLE: TUMOR BOARD CONSULT
DATE OF NOTE: SEP 12, 2012@13:00      ENTRY DATE: SEP 17, 2012@09:57:58
      AUTHOR: CHAUNCEY,THOMAS R    EXP COSIGNER:
      URGENCY:                          STATUS: COMPLETED

The following progress note, although dictated by the Medical Oncology Attending
of the Month, represents the consensus recommendation or opinion of the
multidisciplinary Tumor Board.  The Board consists of representatives of the
Medicine, Radiation Oncology, General and Subspecialty Surgery, Pathology, and
Radiology services.  The recommendations of the Board are based on a brief and
necessarily limited review of data related to management of the patient's
cancer-related problem.  The data presented may not fully reflect the data
available elsewhere in the medical record.  The recommendations should not be
considered binding and should be considered in the context of more detailed
information available to the patient's managing caregivers.  In making these
recommendations the Board has discussed relevant staging, prognostic factors,
and currently accepted management guidelines including those recommended by the
National Comprehensive Cancer Network and the American Society of Clinical
Oncology.  In addition, the group took into account consideration of any
clinical trials that are currently available at VAPSHCS.


HISTORY:  66 year-old man with right upper lobe mass and previously presented to
Tumor Board on August 8, 2012.  CT shows a 10 cm right upper lobe mass extending
superiorly to subclavian artery without obvious rib invasion or adenopathy.  PET
shows solitary uptake in right upper lobe with SUV 3.1.  CT-guided right upper

---

**PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)**
GALES,CARTHEL G
12718 132ND AVE CT E
PUYALLUP, WASHINGTON  98374
DOB: ▓▓▓▓/1946

**VISTA Electronic Medical Documentation**
Printed at Seattle

# Progress Notes

lobe biopsy shows mucinous carcinoma.  He has limited pulmonary status and would require extensive resection.

STAGING:  cT3N0M0 (IIB)

CARE OPTIONS:  He will see Medical and Radiation Oncology to discuss chemoradiotherapy.  Interval assessment of pulmonary status may be considered by Medical Oncology.


SERVICES REPRESENTED:  Medical Oncology, Radiation Oncology, Cardio-Thoracic Surgery, General Surgery, Otolaryngology, Pathology, Radiology, Nuclear Medicine, Psychology

ATTENDING PHYSICIANS PARTICIPATING:  Takasugi, Bastawrous, Benjert, Schubach, Coltrera, Quang, Garcia, Chauncey, Lewis, D. Wu, Goodman, Avula, P. Wu, Roth

ALLIED HEALTH PARTICIPANTS:  Graf, Faningert, Rule, Lim, Kim, Montgomery, Sales, Boyd, Dunsmore, Evangelista, Mullen, Nason, Oltyan


/es/ THOMAS R CHAUNCEY, MD
Director, Marrrow Transplant Unit
Signed: 09/17/2012 09:59

---

 LOCAL TITLE: INFORMED CONSENT-IMED
STANDARD TITLE: CONSENT
DATE OF NOTE: SEP 11, 2012@15:09:12  ENTRY DATE: SEP 11, 2012@15:09:46
     AUTHOR: GRAF,SOLOMON A      EXP COSIGNER:
     URGENCY:                        STATUS: COMPLETED

   Signature Informed Consent for
   CISPLATIN-ETOPOSIDE

1. Informed consent was obtained  at 3:08 PM on September 11, 2012.
The full consent
   document can be accessed through Vista Imaging.
2. Patient name:  GALES, CARTHEL G
3. The patient HAS decision-making capacity.
4. Surrogate (if applicable):
5. Reason for the treatment (diagnosis, condition, or indication):
Cancer
6. Treatment/procedure:  Chemotherapy uses medicines to kill cancer
cells.  Your doctor will choose the medicines.  This is based on the
type of cancer, how advanced it is, and how aggressive it is.  This
drug is injected into a vein.


7. Practitioner obtaining consent:  Graf,Solomon A (FELLOW-ONCOLOGY)

---

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| GALES,CARTHEL G<br>12718 132ND AVE CT E<br>PUYALLUP, WASHINGTON  98374<br>DOB ▮▮▮▮▮/1946 | Printed at Seattle |

# Progress Notes

```
FLOWS.............................................................................

        STANDARD STUDY                                11/14/07
        FVC        L        4.07     2.72    66.8     3.00
        FEV1       L        3.19     1.21    37.9     1.63          2.35
        FEF25-75   L/SEC    3.071    0.330   10.7     0.790         1.40
        FEV1/FVC   %                 44

        AFTER BRONCHODILATOR                          11/14/07
        FVC        L        4.07     3.20    78.6     3.08
        FEV1       L        3.19     1.47    46.0     1.76          2.35
        FEF25-75   L/SEC    3.071    0.670   21.8     0.830         1.40
        FEV1/FVC   %                 46

DIFFUSION.........................................................................
                                                      11/14/07
        DLCO-SB    L        29.08    11.72   40.3     13.15
```

ASSESSMENT/PLAN:
Mr. Gales is a 66 year-old male w/ COPD and h/o childhood TB recently diagnosed with a cT3N0M0 bronchioloalveolar carcinoma of the right lung apex who is seen in consultation to discuss radiation treatment options.

We had a thorough discussion today with the patient and his wife.  We went over his history, imaging, procedures, and pathology.  The patient appears to have locally advanced bronchioloalveolar carcinoma of the right lung apex without lymph node involvement.  Given his limited cardiopulmonary reserve,  surgery is not feasible at this time.  We discussed using definitive radiation with concurrent chemotherapy to treat the patient.  We briefly discussed RTOG 9410 which showed a benefit to concurrent vs sequential treatment of stage III NSCLC.

We then discussed the logistics of radiation.  This involves a treatment planning CT scan.  A radiation plan is then developed.  The patient returns to begin treatment daily Monday through Friday for 6-7 weeks.

We then discussed potential side effects.  Potential acute side effects include but are not limited to fatigue, involved field skin reaction/hair loss, cough, SOB, esophagitis, and brachial plexopathy.  Potential long term side effects include but are not limited to permanent skin changes/hair loss in the radiation treatment fields, radiation pneumonitis, pulmonary fibrosis, increased risk of rib fracture, injury to the brachial plexus, worsened R shoulder osteoarthritis, and the remote risk of a secondary malignancy several years from now.

After a thorough discussion of the rational, logistics, and potential side effects of treatment, the patient wanted to proceed with radiation therapy.  He underwent a CT simulation today and will start treatment in the near future.

The patient was advised to contact us with any additional questions or concerns.

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)    VISTA Electronic Medical Documentation
GALES,CARTHEL G                                                   Printed at Seattle
12718 132ND AVE CT E
PUYALLUP, WASHINGTON   98374
DOB:▮▮▮▮/1946

# Progress Notes

I spent approximately 60 minutes in face to face interaction with the patient, 45 minutes of which was spent in counseling.

I discussed the case with Dr. Wallner.

/es/ Lindsay Sales, MD
Radiation Oncology Resident
Signed: 09/10/2012 13:35

/es/ KENT E WALLNER
CHIEF RADIATION ONCOLOGY
Cosigned: 09/11/2012 03:41

---

LOCAL TITLE: RADIATION ONCOLOGY PROGRESS NOTE
STANDARD TITLE: RADIATION ONCOLOGY NOTE
DATE OF NOTE: SEP 10, 2012@09:35      ENTRY DATE: SEP 10, 2012@09:35:07
        AUTHOR: HOOPES,KIRK G        EXP COSIGNER:
        URGENCY:                     STATUS: COMPLETED

Pt arrived for radiation therapy new consult appt 2/2 lung ca.  Pt shown educational video and questions answered. Alert and oriented x 4, no c/o dizziness,
fevers, chills. Denies nausea or emesis. Skin irritation minimal, no bowel or urinary complaints at this visit. Denies anxiety or depressive symptoms requiring referral to MH.

BP sitting 141/93      P76    sitting    RR16      T97.2      02sat RA 97%
Wt177.8
BP standing     P     standing       pain  4/10.

a/plan:
pt placed in room, clinician made aware of pt, VS placed in Record.

/es/ Kirk G Hoopes, RN
RN, PEC
Signed: 09/10/2012 09:36

---

LOCAL TITLE: RADIATION ONCOLOGY PROGRESS NOTE
STANDARD TITLE: RADIATION ONCOLOGY NOTE
DATE OF NOTE: SEP 06, 2012@10:39      ENTRY DATE: SEP 07, 2012@11:10:50
        AUTHOR: WALLNER,KENT E        EXP COSIGNER:
        URGENCY:                     STATUS: COMPLETED

PATIENT NAME:  GALES, CARTHEL

TELEPHONE FOLLOW UP

---

**PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)**
GALES,CARTHEL G
12718 132ND AVE CT E
PUYALLUP, WASHINGTON  98374
DOB: ▓▓▓▓/1946

**VISTA Electronic Medical Documentation**
Printed at Seattle

# EXHIBIT G

# DEPARTMENT OF VETERANS AFFAIRS

*AMERICAN LAKE (VAMC)*
*9600 VETERANS DRIVE SW*
*Mail Stop: A-007-ROI*
*TACOMA, WASHINGTON  98493*

*DATE:  8/6/2012*
*In Reply Refer To: A-007-ROI*
*SSN: 0551*

*CARTHEL G GALES*
*12718 132ND AVE CT E*
*PUYALLUP, WA 98374*

RE: ROI Request for CARTHEL G GALES

Dear MR GALES:

We are enclosing a copy of the information you requested.

### GUARD YOUR PRIVACY!

 VA Puget Sound Release of Information staff is pleased to provide you with the information you requested.

 For your protection, we strongly recommend that you do not leave this or any confidential health information unattended.

 In addition, when you receive any documentation that may be considered sensitive or confidential, please immediately secure the information in an appropriate manner that will protect your privacy.

 As always, we thank you for the opportunity to serve you.  We appreciate your service to our country and look forward to assisting you in the future.

Sincerely,

**TERESA C MYHRE - Release of Information**

# Progress Notes

```
LOCAL TITLE: ER/URGENT CARE (AL) VISIT NOTE
STANDARD TITLE: URGENT CARE NOTE
DATE OF NOTE: MAY 29, 2009@17:59      ENTRY DATE: MAY 29, 2009@17:59:47
     AUTHOR: LORANCE,THOMAS A    EXP COSIGNER:
     URGENCY:                          STATUS: COMPLETED
```

GALES,CARTHEL G is a 63 yo MALE veteran:

CC HPI: He has had cold symptoms for about a week; coughing. Also had some body aches.

Some burning pain with the coughing. No fever.

REVIEW OF SYMPTOMS:
        GENERAL: No recent weight change, fever or chills
        RESP:  See above
        HEART: No Chest pain, palpitations or pressure
        GI: No abdominal pain nausea/vomiting/diarrhea/change in bowel habits
        GU: No change in urinary pattern, no dysuria
        SKIN: No rashes
        MUSC/SKEL: No myalgias or weakness
        NEURO: No focal weakness
        PSYCH: No Suicidal or homocidal ideation

ESI
PMH:
ACTIVE PROBLEMS:
1. Care involving other physical therapy (ICD-9-CM
V57.1)
2. Paresthesia * (ICD-9-CM 782.0)
3. Neck Pain (ICD-9-CM 723.1)
4. Colonic Polyps (ICD-9-CM 211.3)
5. PTSD * (ICD-9-CM 309.81)
6. Heel: arthralgia (ICD-9-CM 719.48)
7. Diagnosis or Condition Deferred on Axis I
(DSM-IV 799.9/ICD-9-CM 799.9)
8. PROPHY VACC. STREP PNEU
9. Folliculitis * (ICD-9-CM 704.8)
10. Lung Nod/Mass Undiag
11. Chronic Obstructive Pulmonary Disease *
(ICD-9-CM 496.)
12. Alopecia * (ICD-9-CM 704.00)
13. Blepharitis * (ICD-9-CM 373.00)
14. GERD * (ICD-9-CM 530.81)
15. Headaches * (ICD-9-CM 784.0)
16. Environmental Allergies (ICD-9-CM 477.9)

Social: no smoking, excessive alcohol.

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

GALES,CARTHEL G
12718 132ND AVE CT E
PUYALLUP, WASHINGTON   98374

**VISTA Electronic Medical Documentation**

Printed at American Lake

# Progress Notes

Printed On Aug 06, 2012

ALLERGIES: PENICILLIN, SULFA DRUGS, PROCHLORPERAZINE

O: GENERAL: 63 yo male who presents A&Ox3, is
cooperative, has normal conversation and demeanor. In no acute distress and
unlabored.

Veteran ambulated in.

PHYSICAL EXAM:

VITAL SIGNS:
    BMI: BMI: 26
    Temp: 98.4 F [36.9 C] (05/29/2009 14:15)
   Pulse: 123 (05/29/2009 14:15)
    Resp: 15 (05/29/2009 14:15)
      BP: 129/94 (05/29/2009 14:15)
 Height: 68 in [172.7 cm] (12/16/2005 09:55)
 Weight: 172 lb [78.2 kg] (05/29/2009 14:15)
    Pain: 1 (05/29/2009 14:15)
96 % sat on room air.
HEENT: sclera anicteric
SKIN: warm and dry
HEART: Regular rate with no murmurs
LUNGS: Diminished
ABDOMEN: soft, nontender, no obvious masses
EXTREMITIES: No edema, non tender, moves all extremities well
NEURO: Speech, affect normal. No nystagmus.

Diagnostic results today:

Chest X ray Shows some residual of COPD with no acute changes

Treatments rendered in urgent care:
Duo neb

Urgent Care Course: Veteran felt OK after visit.

ASSESSMENT:
Cough
URI
COPD

PLAN:
Fluids
He has inhalers.
Stop dairy.
Speak to provider about possibility of Nebulizer

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)

GALES,CARTHEL G
12718 132ND AVE CT E
PUYALLUP, WASHINGTON  98374

**VISTA Electronic Medical Documentation**

Printed at American Lake

# Progress Notes

Veteran was advised to return if not improving, and return sooner if worsens or any problems or concerns.

Otherwise veteran should follow up with assigned Silver Team Provider or Urgent Care.

Veteran demonstrates understanding of the condition and agrees to follow recommended care plan.
-----------------
Active Outpatient Medications (including Supplies):

```
     Active Outpatient Medications                           Status
==============================================================================
1)   MOMETASONE FUROATE 50MCG 120D NASAL SUSP INHALE 2       ACTIVE
     PUFFS IN EACH NOSTRIL TWICE A DAY *REPLACES NASAL
     FLUTICASONE (FLONASE)*
2)   NAPROXEN 250MG TAB TAKE TWO TABLETS BY MOUTH TWICE A     ACTIVE
     DAY
3)   OMEPRAZOLE 20MG EC CAP TAKE ONE CAPSULE BY MOUTH         ACTIVE
     TWICE A DAY TO REDUCE STOMACH ACID (WORKS BEST IF
     TAKEN 30 MINUTES BEFORE A MEAL)

     Active Non-VA Medications                               Status
==============================================================================
1)   Non-VA MULTIVITAMIN/MINERALS THERAPEUT CAP/TAB 1         ACTIVE
     TABLET BY MOUTH EVERY DAY

4 Total Medications
```
----------------------------------------------
Non-VA Medications
==================================================================================
Multivitamin/minerals Therapeut Cap/tab.  1 tablet by mouth every day
*******************************************
```
Expired Outpatient Meds. (within past 45 Days):     Start       Stop
================================================    =========   =========
Codeine 30/acetaminophen 300mg Tab.   Take 2        04/02/2009  05/02/2009
     tablets by mouth every night at bedtime as
     needed to relieve pain
Diphenhydramine Hcl 50mg Cap.  Take 1 capsule by    05/14/2008  05/15/2009
     mouth twice a day
```

/es/ THOMAS A LORANCE
PHYSICIAN
Signed: 05/29/2009 19:27

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)

GALES,CARTHEL G
12718 132ND AVE CT E
PUYALLUP, WASHINGTON   98374

**VISTA Electronic Medical Documentation**

Printed at American Lake

# Progress Notes

```
LOCAL TITLE: ER/URGENT CARE (AL) TRIAGE NOTE
STANDARD TITLE: URGENT CARE TRIAGE NOTE
DATE OF NOTE: MAY 29, 2009@14:04    ENTRY DATE: MAY 29, 2009@14:04:23
    AUTHOR: WESTON,CRYSTAL A    EXP COSIGNER:
    URGENCY:                        STATUS: COMPLETED

    *** ER/URGENT CARE (AL) TRIAGE NOTE Has ADDENDA ***

INITIAL TRIAGE:
  GALES,CARTHEL G is a 63 year old MALE.  Primary Care Provider:
  MECONI-PACKARD,MICHELE
  On Arrival Patient was: Ambulatory
  Arrived From: Home

  Patient arrived by ambulance/cabulance:
    No

  Information Source:   Patient
  Brief Chief Complaint: vet c/o chest congestion x1 week, c/o
  fever/chills
  GENERAL APPEARANCE: INAD
  ASSESSMENT/ESI LEVEL:
    ESI LEVEL 4
      Assessment: alert and oriented x4, GCS 15, c/o diarrhea and
      generalize body ache
  DISPOSITION:
    Urgent Care Clinic (American Lake)


/es/ Crystal A Weston, RN
RN, Urgent Care
Signed: 05/29/2009 14:06

05/29/2009 ADDENDUM                STATUS: COMPLETED
NURSING ASSESSMENT
    ADDITIONAL HISTORY: PTSD, Folliculitis, GERD
    VITAL SIGNS:
      Temperature:
        98.4 F (36.9 C)
      Pulse:
        123
      Respiration:
        15
      Blood pressure:
        129/94
      Weight:
        172 lb (78.2 kg)
      Current pain level:
```

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)

GALES,CARTHEL G
12718 132ND AVE CT E
PUYALLUP, WASHINGTON  98374

**VISTA Electronic Medical Documentation**

Printed at American Lake

Page 264

# Progress Notes

```
        1
     Pulse Oximetry:
        96

Active Outpatient Medications (including Supplies):

     Active Outpatient Medications                    Status
========================================================================
===
1)   MOMETASONE FUROATE 50MCG 120D NASAL SUSP INHALE 2      ACTIVE
        PUFFS IN EACH NOSTRIL TWICE A DAY *REPLACES NASAL
        FLUTICASONE (FLONASE)*
2)   NAPROXEN 250MG TAB TAKE TWO TABLETS BY MOUTH TWICE A   ACTIVE
        DAY
3)   OMEPRAZOLE 20MG EC CAP TAKE ONE CAPSULE BY MOUTH       ACTIVE
        TWICE A DAY TO REDUCE STOMACH ACID (WORKS BEST IF
        TAKEN 30 MINUTES BEFORE A MEAL)

     Active Non-VA Medications                        Status
========================================================================
===
1)   Non-VA MULTIVITAMIN/MINERALS THERAPEUT CAP/TAB 1       ACTIVE
        TABLET BY MOUTH EVERY DAY

4 Total Medications
ALLERGIES/ADVERSE REACTIONS ON FILE: PENICILLIN, SULFA DRUGS,
PROCHLORPERAZINE
ALLERGY ASSESSMENT:
  Allergies have been reviewed and are current in CPRS
If patient drinks alcohol, has he/she consumed 6 or more alcoholic
drinks on any one occasion in the past year?
  No
Has the patient smoked in the last year?
  No
ASSESSMENT/ESI LEVEL:
  ESI LEVEL 4
    Assessment: alert, oriented x 3, and not in any respiratory
    distress. Bilateral  lungs  a re clear to auscultation
Consulted with:
DISPOSITION:
  Urgent Care Clinic (American Lake)
  OTHER: medication reconciliation- no changes in his present
medications

/es/ Mary A V Milanio, RN
RN, Urgent Care
Signed: 05/29/2009 14:18
```

---

**PATIENT NAME AND ADDRESS (Mechanical Imprinting, If available)**

GALES,CARTHEL G
12718 132ND AVE CT E
PUYALLUP, WASHINGTON   98374

**VISTA Electronic Medical Documentation**

Printed at American Lake

# Progress Notes

```
05/29/2009 ADDENDUM                    STATUS: COMPLETED
18:50- nebulizer treatment with albuterol and atrovent given.

/es/ Murat Calikan, LPN
LPN, Ambulatory Care
Signed: 05/29/2009 18:50

05/29/2009 ADDENDUM                    STATUS: COMPLETED
Vet d/c by Dr Lorance 19:30.

/es/ NANCY C PINCKLEY
RN, BSN, Urgent Care
Signed: 05/29/2009 20:49
```

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

GALES,CARTHEL G
12718 132ND AVE CT E
PUYALLUP, WASHINGTON   98374

**VISTA Electronic Medical Documentation**

Printed at American Lake

# EXHIBIT H

# Progress Notes

```
        AUTHOR: TEUTLE,CHARLEEN M     EXP COSIGNER:
        URGENCY:                              STATUS: COMPLETED


Diagnosis: Lung cancer

Patient with 5fr double lumen power picc in left upper arm admitted to IVC for
dressing change and lab draw. Purple lumen flushed with 20ml NS after cleaning
with alcohol wipe, positive blood return, and new valve placed. Red lumen
flushed with 10cc NS after wiping lumen with alcohol wipe, positive blood
return. Blood work drawn from red lumen per protocol as ordered
after drawing 5ml waste. Reflushed with 20ml NS, and new valve placed.

Dressing removed and site cleaned per protocol. New statlock and biopatch
applied, covered with transparent dressing (opsite 3000). Both lumens padded
with 4x4 and secured with opsite 3000. PICC line noted to be out 1.0cm
from the hub. No complications noted at site.

Veteran to return to IV Clinic 1/30/14 @1100

/es/ Charleen M. Teutle, RN
IV Team
Signed: 01/23/2014 15:20
```

```
  LOCAL TITLE: EXTENDED CARE OUTPATIENT VISIT
  STANDARD TITLE: GERIATRIC MEDICINE OUTPATIENT NOTE
  DATE OF NOTE: JAN 21, 2014@16:14     ENTRY DATE: JAN 21, 2014@16:15:03
        AUTHOR: ALLEN,WILLIAM B      EXP COSIGNER:
        URGENCY:                             STATUS: COMPLETED


    *** EXTENDED CARE OUTPATIENT VISIT Has ADDENDA ***

PATIENT:  GALES,CARTHEL G

CHIEF COMPLAINT: 67 year-old Veteran seen in clinic for follow up on hospice and
lung cancer pallative care--likes the hospice folks and tolerating pallative
chem fairly well abet with anemia--he feels pain control and nausea control is
good--reviewed i would like a call from hospice and gave them my pager number to
call. Also has some sort of form from the va re back payment on lung cancer--he
almost certainly had this cancer on a chest xray in May of 2009 and it is hoped
his back pay from SC VA determination would be to May of 2009

HISTORY OF PRESENT ILLNESS:lung cancer since approx May of 2009 for which he is
100% sc


REVIEW OF SYSTEMS:heent--no tia sounding issues, pulm--doe but no current
breathing issues--had some hemoptysis post chemo in recent past, cardiac--nge
for anginal sounding issues, gi doing ok on nausea control at present no
```

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)
GALES,CARTHEL G
12718 132ND AVE CT E
PUYALLUP, WASHINGTON  98374
DOB           /1946

VISTA Electronic Medical Documentation
Printed at Seattle

VA 001575   Page 837

# Progress Notes

dysphagia--reviewed again possible permenant movement disorder issues with the
mecopramide but tolerating ok at presnt


PHYSICAL EXAMINATION:

Vital signs:
BMI: 28
Temp:   97.6 F [36.4 C] (01/21/2014 15:11)
Pulse: 98 (01/21/2014 15:11)
Resp:  24 (01/21/2014 15:11)
BP:    109/57 (01/21/2014 15:11)
Height: 68 in [172.7 cm] (09/16/2013 13:35)
Weight: 185 lb [84.1 kg] (01/21/2014 15:11)
Pain: 3 (01/21/2014 15:11)
O) vs ok--some orthostatic symptoms at home--will cut the ace dose
lungs--cta
heart--rrr no s3 no m
abdomen-soft not tender ok bowel sounds
ext--no pte no dvt signs

LABORATORY TESTS / IMAGING: (reviewed)
CBC: 01/16/2014 10:20
     *              *
        *   8.4    *
7.4  ***********  300
        *  26.8   *
     *              *
                    140 | 102 | 13
Jan 16, 2014@10:20 -------------- 120  EGFR: 85
                    3.6 | 27  | 1.05

Hemoglobin A1C: HEMOGLOBIN A1c,INTEGRA - NONE FOUND

LIPID PANEL:
LIPID - NONE FOUND

| Collection DT | Specimen | Test Name | Result | Units | Ref Range |
|---|---|---|---|---|---|
| 01/02/2014 10:30 | SERUM | SGGT | 21 | U/L | 0 - 50 |
| 01/02/2014 10:30 | SERUM | SGOT | 11 | U/L | 0 - 37 |
| 01/02/2014 10:30 | SERUM | SGPT | 8 | U/L | 0 - 39 |
| 01/02/2014 10:30 | SERUM | ALKALINE PHOSPHAT | 63 | U/L | 45 - 129 |
| 12/19/2013 10:30 | SERUM | ALBUMIN | 3.9 | g/dL | 3.5 - 5.2 |
| 01/02/2014 10:30 | SERUM | TOT BILIRUBIN | 0.2 | mg/dL | .1 - 1.0 |

Last 4 PSA:
| DATE | RESULT | UNITS | NORMAL | SAMPLE |
|---|---|---|---|---|
| 6/22/2012 | 0.2 | ng/ml | 0 - 4.0 | SERUM |
| 4/27/2011 | 0.3 | ng/ml | 0 - 4.0 | SERUM |

---

**PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)**
GALES,CARTHEL G
12718 132ND AVE CT E
PUYALLUP, WASHINGTON  98374
DOB:_____/1946

**VISTA Electronic Medical Documentation**
Printed at Seattle

VA 001576  Page 838

# Progress Notes

```
ASSESSMENT / PLAN:lung cancer present since approx May of 2009---getting some
pallative chemo and hospice now.  reviewed meds and asking for call from hospice

Face to face time: 30  minutes with greater than > 50% of the time spent in
counseling/coordination of care regarding:meds and lab update is ok with them re
anemia

LABORATORY TESTS ORDERED: cbc iron etc

RETURN TO CLINIC:one month and prn


OTHER:  (Reviewed, but auto populated for example)
B12 level:
Collection DT     Specimen     Test Name          Result     Units       Ref Range
06/22/2012 12:55  SERUM        VITAMIN B-12        414        pg/mL       211 - 946
25(OH)Vitamin D:
Collection DT     Specimen     Test Name          Result     Units       Ref Range
02/06/2013 10:53  SERUM        VITAMIN D, 25-OH,     9        ng/mL       Ref: Not
established
02/06/2013 10:53  SERUM        VITAMIN D, 25-OH,    31        ng/mL       Ref: Not
established
02/06/2013 10:53  SERUM        VITDT                40        ng/mL       30 - 100
Comment:  25-OHD3:
Comment:  25-OHD3: 25-OHD3 indicates both endogenous production and
Comment:  25-OHD3:supplementation. 25-OHD2 is an indicator of exogenous
Comment:  25-OHD3:sources
Comment:  25-OHD3:such as diet or supplementation. Therapy is based on
Comment:  25-OHD3:measurement
Comment:  25-OHD3:of Total 25-OHD, with levels <20 ng/mL indicative of
Comment:  25-OHD3:Vitamin D
Comment:  25-OHD3:deficiency while levels between 20 ng/mL and 30 ng/mL
Comment:  25-OHD3:suggest
Comment:  25-OHD3:insufficiency. Optimal levels are >/=30 ng/mL.

ACTIVE MEDICATIONS:
Outpatient Medications
==================================================================
Albuterol 90mcg (cfc-f) 200d Oral Inhl.  Inhale 2 to 4 puffs by mouth
    every four hours as needed for shortness of breath (wait one
    minute between puffs) max 12 puffs per day
Clotrimazole 1% Top Cream.  Apply a small amount to affected area
    twice a day as needed for rash in groin.
Cme Iv Microset W/o Filter 120-160xps.  Use iv set intravenously as
    directed
Combivent Albut90/ipratrop 18mcg Po Inhl.  Inhale 2 puffs by mouth
    four times a day (wait one minute between puffs)
Diphenhydramine Hcl 50mg Cap.  Take one capsule (=50mg) by mouth
    twice a day as needed for allergy symptoms --may cause drowsiness
Docusate Na 250 Mg Cap.  Take one capsule by mouth twice a day *stool
```

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)
GALES,CARTHEL G
12718 132ND AVE CT E
PUYALLUP, WASHINGTON  98374
DOB ▓▓▓▓/1946

VISTA Electronic Medical Documentation
Printed at Seattle

# Progress Notes

softener*

Folic Acid 1 Mg Tab.  Take one tablet by mouth every day for vitamin
    replacement **start today**

Formoterol Fumarate 12 Mcg Inhl Cap.  Inhale one capsule in inhaler
    as directed twice a day ; for inhalation only - do not swallow;
    expires 4 months after dispensing

Gabapentin 400 Mg Cap.  Take one capsule by mouth three times a day
    for neuropathic pain involving your feet. (dose increase - new
    capsule strength and

Hydrocortisone 1% Cream.  Apply small amount to affected area twice a
    day as needed for groin rash. may also use on itching rash on
    chest and shoulders.

Megestrol Acetate 200 Mg/ 5 Ml Oral Susp.  Take 20 ml (4 teaspoons)
    by mouth every day to stimulate appetite

Methocarbamol 500mg Tab.  Take one to two tablets by mouth twice a
    day as needed to relieve muscle spasms and headaches- do not take
    when taking cyclobenzaprine

Metoclopramide Hcl 10 Mg Tab.  Take one tablet by mouth four times a
    day 30 minutes before meals and at bedtime for nausea.

Mometasone 220mcg 120 Dose  Oral Inhl.  Inhale 2 puffs by mouth twice
    a day (rinse mouth after use)

Ondansetron Hcl 4 Mg Tab.  Take one tablet by mouth three times a day
    as needed to prevent or relieve nausea

Pantoprazole Na 40 Mg Ec Tab.  Take one tablet by mouth every day 30
    minutes before a meal to reduce stomach acid

Polyethylene Glycol 3350 Oral Pwdr.  Mix 17 grams (one capful) in one
    cup water and drink by mouth every day for constipation

Sennosides 8.6 Mg Tab.  Take 1-2 tablet(s) by mouth every night at
    bedtime as needed to relieve constipation (laxative) if diarrhea
    develops, hold until

Sertraline Hcl 100 Mg Tab.  Take one tablet by mouth every morning

Sodium Chloride 0.9% Pf Inj  10ml Syr.  Inject 10 ml intravenously
    twice a day

Sodium Chloride Inj 0.9% 1000ml Pvc Bag.  Infuse 1000ml over 4 hours
    via pump intravenously four times a week

Triamcinolone Acetonide 0.1% Oint.  Apply as directed to affected
    area twice a day for 2 weeks for rash.  if rash not resolved use
    mon/wed/fri until resolved.  do not use more

Vitamin D3 (cholecalciferol) 1000 Unt Tb.  Take one tablet by mouth
    every day (vitamin d)


Non-VA Medications
================================================================================
Multivitamin/minerals Therapeut Cap/tab.  1 tablet by mouth every day


ALLERGIES/ADVERSE REACTIONS: PENICILLIN, SULFA DRUGS, PROCHLORPERAZINE


ADVANCE DIRECTIVE:  No data available


DPOA:  No data available

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| GALES,CARTHEL G<br>12718 132ND AVE CT E<br>PUYALLUP, WASHINGTON  98374<br>DOB:▒▒▒▒▒/1946 | Printed at Seattle |

# Progress Notes

```
CODE STATUS:

HEALTH MAINTENANCE:

Last colonoscopy

     Cohort:
      Reminder Term: VI-20 COLONOSCOPY COMPLETE
       Exam: COLONOSCOPY
        01/00/2008 result - ABNORMAL

       Please do not order another colonoscopy if the Veteran has already had
one in
       the past 10 years.


IMMUNIZATIONS:
PREVIOUS IMMUNIZATIONS:
Immunization     Series Date         Facility      Reaction

FLU H1N1         C      12/18/2009  AMERICAN L*  NONE
     Comments: Novartis
INFLUENZA               09/16/2013  PUGET SOUN*
                        12/18/2012  PUGET SOUN*
                        10/14/2011  AMERICAN L*
                        10/27/2010  AMERICAN L*
                        09/24/2009  AMERICAN L*
                        10/30/2008  AMERICAN L*
                        10/04/2007  AMERICAN L*
                        10/26/2005  AMERICAN L*
                        11/05/2004  AMERICAN L*
                        11/00/2003  No Site
     Comments: community
PNEUMO-VAC              07/13/2005  AMERICAN L*
TD-ADULT                08/11/2004  AMERICAN L*
TDAP             B      06/22/2012  AMERICAN L*
ZOSTAVAX                06/22/2012  AMERICAN L*  NONE

PATIENT/FAMILY EDUCATION:  Education discussed with today was: .
The demonstrate satisfactory understanding of teaching.


/es/ William B. Allen, DO
Primary Care Staff Physician
Signed: 01/21/2014 17:17

01/22/2014 ADDENDUM               STATUS: COMPLETED
called left voice mail on renal numbers need reivew prior to any chemo tomorrow.
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| GALES,CARTHEL G<br>12718 132ND AVE CT E<br>PUYALLUP, WASHINGTON  98374<br>DOB: ███████/1946 | Printed at Seattle |

# EXHIBIT I

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

May 05 2015 1:26 PM

KEVIN STOCK
COUNTY CLERK
NO: 15-2-08307-0

IN THE SUPERIOR COURT OF WASHINGTON IN AND
FOR PIERCE COUNTY

| | |
|---|---|
| CARTHEL G GALES AND JOANNE MANSFIELD, INDIVIDUALLY AND THE MARITAL COMMUNITY THEREOF<br><br>Plaintiffs,<br><br>vs.<br><br>DR. THOMAS LORANCE, THE ESTATE OF THOMAS LORANCE, CHG COMPANIES, INC. DOING BUSINESS AS COMPHEALTH ,<br><br>Defendants | Case No.:<br><br>COMPLAINT FOR DAMAGES FOR MEDICAL NEGLIGENCE |

COME NOW Plaintiffs, by and through their attorneys of record, Robert C. Mussehl of the Law Office of Robert C. Mussehl, LLC and Floyd R. Chapman of the Law Office of Floyd Chapman, PLLC, and for causes of action against defendants, alleges as follows:

## I.   IDENTIFICATION OF PARTIES

1.1   Plaintiff Carthel G. Gales and his spouse Joanne Mansfield bring this action against the defendants. At the material time of the cause of action of this complaint, Carthel G.

COMPLAINT FOR DAMAGES FOR MEDICAL NEGLIGENCE - 1

Gales received healthcare services at the VA Puget Sound Healthcare System – Tacoma Division – American Lake VA hospital, from Defendants Dr. Thomas Lorance and CHG Companies, Inc., doing business as CompHealth and there existed a fiduciary healthcare provider-patient relationship between Carthel G. Gales and these defendants.

1.2     At all material times, defendant Dr. Thomas Lorance, was a resident of Pierce County, Washington, and was an employee, contractor, representative, agent and or ostensible agent of defendants CHG Companies, Inc. doing business as CompHealth. All acts and/or omissions on the part of Defendant Dr. Thomas Lorance were done on behalf of the corporate entity for which he was an employee, contractor, representative, agent and or ostensible agent of, and were done within the course and scope of his relationship with defendant CHG Companies, Inc., doing business as CompHealth.

1.3     At all material times, defendants Dr. Thomas Lorance and CHG Companies, Inc., doing business as CompHealth employed Dr. Thomas Lorance from October 2008 through September 2009 at the VA Puget Sound Health Care System – American Lake Division, in Tacoma Washington.

1.4     At all material times, defendant CHG Companies, Inc., doing business as CompHealth was a contractor with the Department of Veterans Affairs as a health care staffing provider of physicians.

COMPLAINT FOR DAMAGES FOR MEDICAL NEGLIGENCE - 2

## II.   JURISDICTION AND VENUE

2.1   The events which give rise to this lawsuit occurred in Pierce County, Washington. Pursuant to RCW 2.08.010 and Washington common law, venue and jurisdiction are proper in Pierce County, Washington.

## III.   FACTS

3.1   In late May of 2009, Carthel G. Gales was seen by Dr. Thomas Lorance as a primary care physician and the American Lake VA Hospital in Tacoma for COPD follow-up, a chest x-ray was done and the radiologist report stated "new right upper chest nodule of 19 millimeters is worrisome. Recommended further delineation with a chest CT." Dr. Lorance neither contacted Mr. Gales about this abnormality nor did he schedule a chest CT.

3.2   At the time Mr. Gales was next seen at the American Lake VA hospital in November of 2009 for routine follow-up of his COPD, Dr. Lorance was no longer at the facility, as mentioned previously Dr. Lorance left in September 2009. The prior recommendation to have a chest CT was not addressed and it was recommended that Mr. Gales merely return for a COPD follow-up in 12 months.

3.3   Mr. Gales was next seen at the American Lake VA hospital two times in December of 2009 for skin rash, hives, itching, and chest pain. Both times the prior request to have a chest CT was not addressed.

3.4.   In April of 2011, Mr. Gales was seen at the American Lake VA hospital primary care clinic for an eye problem follow-up. Again the prior request to have a chest CT was not addressed.

COMPLAINT FOR DAMAGES FOR MEDICAL NEGLIGENCE - 3

3.5     In November of 2011, Mr. Gales was seen at the American Lake VA hospital urgent care clinic for a sore throat with hoarseness. Again the prior request to have a chest CT was not addressed.

3.6     On June 22, 2012, Mr. Gales was seen in the primary care clinic at the American Lake hospital for complaints of fatigue, a chest x-ray was done showing a large right upper lobe mass, and a chest CT was ordered showing a "large right apical mass 6.9 centimeters x 5.8 cm x 6.9 cm appears to be pleural based. 2 inferior nodules 12 mm in size are likely satellite lesions."

3.7     A CT guided lung biopsy led to a pathology report that stated that the masses in the lung were due to an unusual histologic type of lung cancer known as a mucinous bronchoalveolar carcinoma. He was evaluated for curative surgery with the hope and knowledge that this particular cell type is often cured. However, his surgeons felt that his tumor was so far advanced that he would not live through such an extensive procedure.

3.8     Bronchoalveolar lung cancer comprises about 1% of all lung cancers and has a very favorable prognosis. It is a unique tumor considered in its early forms to be non-invasive which accounts for its high cure rate. In 2004, the journal "Annals of Thoracic Surgery "(2) published a study of a series of 25 patients, whose tumors were verified to be pure bronchoalveolar types, and less than 3 centimeters in diameter on x-ray (Mr. Gales' tumor measured 19 millimeters or 1.9cm), who were operated on for cure. The authors report that 100% of those 25 patients were alive, well, and without recurrence of their cancer 5 years later.

3.9     Here, the action for damages for injury occurring as a result of health care is timely and within the Statue of Limitations. Pursuant to RCW 4.16.350 (3) "An entity, ... (1) of

COMPLAINT FOR DAMAGES FOR MEDICAL NEGLIGENCE - 4

this section, including, but not limited to a hospital, clinic, health maintenance organization, or nursing home; or an officer, director, employee, or agent thereof acting in the course and scope of his or her employment, including in the event such officer, director, employee, or agent is deceased, his or her estate or personal representative; based upon alleged professional negligence shall be commenced within three years of the act or omission alleged to have caused the injury or condition, or one year of the time the patient or his or her representative discovered or reasonably should have discovered that the injury or condition was caused by said act or omission, whichever period expires later, except that in no event shall an action be commenced more than eight years after said act or omission." Plaintiff Carthel G Gales became aware of Defendants Dr. Thomas Lorance and CHG Companies, Inc., doing business as CompHealth after Mr. Gales filed an administrative tort claim on August 14, 2014 against the Department of Veterans Affairs. Thereafter, Mr. Gales received a letter dated October 17, 2014 from the Department of Veterans Affairs that identified Dr. Thomas Lorance as an independent healthcare provider and not a VA employee and CHG Companies, Inc., doing business as CompHealth as the contractor who employed Dr. Thomas Lorance during the treatment of Mr. Gales. Therefore, Plaintiffs by and through their attorneys file this action for damages for injury occurring as a result of health care within the applicable Statute of Limitations.

## IV.   CAUSES OF ACTION AGAINST DEFENDANTS

4.1    Defendants Dr. Thomas Lorance and CHG Companies, Inc., doing business as CompHealth were negligent in their care and treatment of Carthel G. Gales and are liable for tortious conduct under the laws of the state of Washington. Defendants had a duty to exercise the

COMPLAINT FOR DAMAGES FOR MEDICAL NEGLIGENCE - 5

degree of skill, care and learning expected of a reasonably prudent physician and healthcare provider in the class to which they belong acting under the same or similar circumstances in the state of Washington at the time of the occurrences alleged herein. Plaintiffs hereby notify all defendants that they are pleading all theories of recovery and bases for liability available pursuant to state law to include negligence, informed consent and negligent failure to appropriately investigate, evaluate, monitor, treat, diagnose, intervene, test, warn, and otherwise render the necessary care their patient, Carthel G. Gales, required.

4.2    As a direct and proximate result of the fiduciary healthcare provider-patient relationship that existed between the defendants and Carthel G. Gales, defendants owed the duties to provide reasonably prudent care, including but not limited to properly monitoring, managing, and following up on Mr. Gale's medical conditions, properly informing him of the material risks of their approach to treatment, or lack thereof, and of other available treatment options, of properly investigating, evaluating, monitoring, referring, consulting, treating, diagnosing, intervening, or not intervening, testing, warning, and otherwise rendering the necessary and reasonable prudent care their patient Mr. Gales required.

4.3    The tortious conduct of the defendants herein violated the laws of the state of Washington, including RCW 7.70 et seq., and other applicable law. Additional acts and/or omissions with respect to the care and treatment of Carthel G. Gales will be fully shown at the time of trial, after the completion of pre-trial discovery.

COMPLAINT FOR DAMAGES FOR MEDICAL NEGLIGENCE - 6

## V.   DAMAGES

5.1   As a direct and proximate result of the defendant's negligence, tortious conduct, and breach of fiduciary duties, Carthel G. Gales and Joanne Mansfield has suffered injury and damages, including cancer as a Stage 4 permanent condition. Damages include, but are not limited to pain and suffering, economic loss, past and future, loss of chance of survival, and loss of consortium. Damages will be proven at the time of trial and damage amounts will be deemed reasonable and proper as determined by the trier of fact.

## VI.   LIMITED WAIVER OF PHYSICIAN/PATIENT PRIVILEGE

6.1   Pursuant to RCW 5.60.060(4)(b), plaintiffs Carthel G. Gales and Joanne Mansfield, hereby waive the Physician/Patient Privilege so far as necessary to place any and all alleged damages at issue as might be required by statute. It should be understood that plaintiff's actions do not constitute a waiver of any constitutional rights and that defendants are not to contact any treating physician, past, present, or subsequent, without first notifying plaintiff's counsel so that they may bring the matter to the attention of the Court and seek appropriate relief, including imposing limitations and restrictions upon any desire or intent by defendant to contact past or subsequent treating physicians *ex parte* pursuant to the rule announced in *Louden v. Mhyre*, 110 Wn.2d 675 (1998). This waiver will be effective beginning eighty-nine days after the filing of this Complaint.

## VII.   PRAYER FOR RELIEF

WHEREFORE plaintiffs Carthel G. Gales and Joanne Mansfield, individually and the marital community thereof, pray for judgment against the defendants by way of general and

COMPLAINT FOR DAMAGES FOR MEDICAL NEGLIGENCE - 7

1   special damages in such amounts as might be proven at the time of trial as reasonable and just

2   under the evidence, as well as for costs and disbursements herein incurred, for prejudgment

3   interest at the statutory rate from the date damages were incurred, and for such other relief as the

4   court may deem just and equitable.

5

6

7   Dated this 5th of May, 2015.

8   LAW OFFICE OF ROBERT C. MUSSEHL, LLC

9

10  *Robert C. Mussehl*

    Robert C. Mussehl, WSAB #56

11  Attorneys for the Plaintiffs

12

13  LAW OFFICE OF FLOYD CHAPMAN, PLLC

14

15

16  Floyd R. Chapman, State Bar of California,
    #237149, Attorneys for the Plaintiffs

17

18

19

20

21

22

23

24

25

COMPLAINT FOR DAMAGES FOR MEDICAL NEGLIGENCE - 8