UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CARTHEL G. GALES and JOANNE MANSFIELD, individually and the marital community thereof,<br><br>    Plaintiffs,<br><br>    v.<br><br>DR. THOMAS LORANCE, CHG COMPANIES, INC. DOING BUSINESS AS COMPHEALTH, AND DOES 1-10,<br><br>    Defendants. | CASE NUMBER:  C15-5730RJB<br><br>JUDGMENT IN A CIVIL CASE |

____  Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  X   Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

Defendant's Motion for Summary Judgment based on the Statute of Limitations (Dkt 10) is GRANTED.  This case is DISMISSED.

|          January 8, 2016          | WILLIAM M. McCOOL         <br>CLERK<br><br>/s/ Dara .Kaleel              <br>By Dara L. Kaleel, Deputy Clerk |
|---|---|